**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7096

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

AUBREY DEMONT PRYOR, a/k/a Mud Duck,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.   Cameron McGowan Currie, District Judge.   (4:00-cr-00057)

Submitted: November 15, 2006         Decided:  November 21, 2006

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Aubrey Demont Pryor, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Aubrey Demont Pryor appeals the district court's order denying his motion to compel the Government to file a motion to reduce his sentence under Fed. R. Crim. P. 35(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Pryor, No. 4:00-cr-00057 (D.S.C. May 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED